[No. 9868-1-III. Division Three. March 6, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JOAQUIN B. CHAVEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 89-1-00048-8, Heather Van Nuys, J.,

entered February 15, 1989. *Affirmed* by unpublished opinion per Green, A.C.J., concurred in by Thompson and Shields, JJ.